IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR184 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSE GONZALO PAULETTE and GUILLERMO RIOL, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Jose Gonzalo Paulette (Paulette) (Filing No. 54). Paulette seeks a continuance of the trial scheduled for February 2, 2015. Paulette's counsel represents Paulette will file an affidavit in accordance with paragraph 9 of the progression order whereby Paulette consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Paulette's counsel represents that government's counsel has no objection to the motion Upon consideration, the motion will be granted. **Trial will be continued as to both defendants.**

IT IS ORDERED:

1. Paulette's motion to continue trial (Filing No. 54) is granted.

2. Trial of this matter **as to both defendants** is re-scheduled for **March 23, 2015,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **January 26, 2015, and March 23, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 26th day of January, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge