IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR184 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| JOSE GONZALO PAULETTE, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's motion to extend his self surrender date to December 11, 2015 (Filing No 111). Upon consideration, the motion is granted. However the self surrender date is extended to December 15, 2015.

The Defendant shall report no later than 2:00 p.m. on Tuesday, December 15, 2015 to the place designated by the Bureau of Prisons. The Clerk shall provide a certified copy of this Order to the United States Marshal for this district.

IT IS SO ORDERED.

DATED this 17th day of November, 2015.

BY THE COURT:

 s/ Joseph F. Bataillon
Senior United States District Judge
Joseph F. Bataillon